**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-1796**

———————————

BARBARA A. REDFEARN,

                              Plaintiff - Appellant,

        versus

LOUIS CALDERA, Secretary of the Army,

                              Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge.  (CA-98-
1296-MJG)

———————————

Submitted:  October 21, 1999        Decided:  October 26, 1999

———————————

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Barbara A. Redfearn, Appellant Pro Se.  Larry David Adams, Assis-
tant United States Attorney, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Barbara A. Redfearn appeals the district court's order granting summary judgment for the Defendant in her employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Redfearn v. Caldera, No. CA-98-1296-MJG (D. Md. May 20, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on May 18, 1999, the district court's records show that it was entered on the docket sheet on May 20, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).